1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH SMITH,                                 1:12-cv-01222-SKO-(PC)

12              Plaintiff,                          ORDER REQUIRING PLAINTIFF TO PAY
                                                    $350.00 FILING FEE IN FULL OR FILE AN
13         vs.                                      APPLICATION TO PROCEED IN FORMA
                                                    PAUPERIS WITHIN FORTY-FIVE DAYS
14   JEFFREY WANG, et al.,

15              Defendants.

16   _____/

17         Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C.

18   § 1983 on July 26, 2012.  Plaintiff neither paid the $350.00 filing fee nor filed an application to

19   proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED

20   that:

21         Within **forty-five (45) days** from the date of service of this order, plaintiff shall either pay

22   the $350.00 filing fee in full or file the attached application to proceed in forma pauperis, completed

23   and signed.  **No requests for extension will be granted without a showing of good cause**.  **Failure**

24   **to comply with this order will result in dismissal of this action.**

25

26   IT IS SO ORDERED.

27   **Dated:    July 31, 2012**              _____/s/ Sheila K. Oberto_____
                                             UNITED STATES MAGISTRATE JUDGE
28

                                               -1-